James Oakey Koontz, Appellant, v. Public Service Company of Northern Illinois, Appellee.

Gen. No. 43,514.

opinion filed April 24, 1946; released for publication May 10, 1946. James Oakey Koontz, *pro se;* Isham, Lincoln & Beale, for appellee; James P. Dillie, of counsel. Opinion by PRESIDING JUSTICE KILEY. Not to be published in full.